BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900

Attorneys for
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY INSURANCE COMPANY,<br><br>                              Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | CASE NO.  2:12-cv-02216-LKK-AC<br><br>**STIPULATION AND ORDER TRANSFERING CASE TO NORTHERN DISTRICT OF CALIFORNIA AND EXTENDING COMPLAINT-RESPONSE DEADLINE** |

   Plaintiff Sentry Insurance and Defendant the United States of America hereby stipulate to transfer this case to the Northern District of California, where venue is proper because the accident alleged in the complaint occurred in Alameda County.  They further agree that, to accommodate this transfer, the United States shall have until May 31, 2013, to respond to the complaint.

   The parties respectfully request that the Court order this transfer and extension of time.

Dated: April 16, 2013

                                                                                    Respectfully submitted,

                                                                                    BENJAMIN B. WAGNER
United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant
United States of America

  */s/ Lawrence R. Moore* (authorized 4/15/13)
LAWRENCE R. MOORE
Attorney for Plaintiff Sentry Insurance

Accordingly,

1. The status conference, currently scheduled for April 22, 2013, is hereby VACATED; and
2. The clerk shall effect the transfer of this case to the U.S. District Court for the Northern District of California.

**IT IS SO ORDERED.**

DATED: April 16, 2013

                                                  LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIP & [PROPOSED] ORDER RE TRANSFER
TO NDCA & COMPLAINT RESPONSE DL

2