MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
michael.t.pyle@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTRY INSURANCE COMPANY, | No. 13-01771 KAW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | Hon. Kandis A. Westmore |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, to continue the July 16, 2013 Case Management Conference to an alternative date for the following reasons:

Counsel for Defendant United States of America will be on vacation with his family on July 16, 2013 and he has already purchased plane tickets for this trip and obtained approval for this leave. Counsel for the parties are available on July 30, 2013 and August 6, 2013 for a Case Management Conference in this case. The parties request that the Court pick August 6, 2013, but provide the alternative date if that date is more convenient to the Court. There have been no prior continuances in this case since it was transferred to this District.

///

///

///

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 13-01771 KAW                      1

1 | Dated: May 10, 2013    Respectfully submitted,

2 | MELINDA HAAG
United States Attorney

3 |

4 | By: /s/ *Michael T. Pyle*

Michael T. Pyle
5 | Assistant U.S. Attorney
Attorneys for Defendant United States of America

6 |

7 | **MULLEN & FILIPPI, LLP**

8 |

9 | By: /s/ *Lawrence R. Moore*

LAWRENCE R. MOORE
10 | Attorneys for Plaintiff Sentry Insurance Company

11 |

12 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

13 | The initial Case Management Conference is continued from July 16, 2013 at 1:30 p.m.

14 | until August 6, 2013 at 1:30 p.m. The parties shall submit a joint Case Management

15 | Conference Statement at least five court days in advance of the conference.

17 | DATED: 5/13/13    *Kandis Westmore*

18 | HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 13-01771 KAW                                    2