1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5087
   FAX: (408) 535-5081
6  michael.t.pyle@usdoj.gov

7  Attorneys for United States of America

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 SENTRY INSURANCE COMPANY,      )   No. 13-01771 KAW
                                  )
12         Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER CONTINUING CASE**
13     v.                          )   **MANAGEMENT CONFERENCE**
                                  )
14 UNITED STATES OF AMERICA,       )   Hon. Kandis A. Westmore
                                  )
15         Defendant.              )
                                  )
16

17     IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of

18 the Court, to continue the July 16, 2013 Case Management Conference to an alternative date for

19 the following reasons:

20     Counsel for Defendant United States of America will be on vacation with his family on July

21 16, 2013 and he has already purchased plane tickets for this trip and obtained approval for this

22 leave. Counsel for the parties are available on July 30, 2013 and August 6, 2013 for a Case

23 Management Conference in this case. The parties request that the Court pick August 6, 2013,

24 but provide the alternative date if that date is more convenient to the Court. There have been no

25 prior continuances in this case since it was transferred to this District.

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 13-01771 KAW                          1

Dated: May 10, 2013             Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              /s/ *Michael T. Pyle*
                              By: _____
                                              Michael T. Pyle
                                              Assistant U.S. Attorney
                                              Attorneys for Defendant United States of America

                                              **MULLEN & FILIPPI, LLP**

                                              /s/ *Lawrence R. Moore*
                              By: _____
                                              LAWRENCE R. MOORE
                                              Attorneys for Plaintiff Sentry Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

    The initial Case Management Conference is continued from July 16, 2013 at 1:30 p.m. until  August 6  , 2013 at 1:30 p.m.  The parties shall submit a joint Case Management Conference Statement at least five court days in advance of the conference.

DATED:  5/13/13                            _Kandis Westmore_____

                                        HON. KANDIS A. WESTMORE
                                        United States Magistrate Judge