United States District Court
Northern District of California

SENTRY INSURANCE COMPANY,

      Plaintiff,

  v.

UNITED STATES OF AMERICA,

      Defendant.

Case No.: 13-01771-KAW

ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY

    Plaintiff Sentry Insurance Company's motion to appear telephonically at the Case Management Conference on August 6, 2013 at 1:30 p.m. is GRANTED.

    Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

    IT IS SO ORDERED.

Dated: August 5, 2013

                                          KANDIS A. WESTMORE
                                          United States Magistrate Judge