1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5081
   FAX: (408) 535-508
6  michael.t.pyle@usdoj.gov

7  Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SENTRY INSURANCE COMPANY, | ) CASE NO. 13-01771 KAW |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE CASE |
| | ) MANAGEMENT CONFERENCE |
| v. | ) |
| | ) Date: November 12, 2013 |
| UNITED STATES OF AMERICA, | ) Time: 1:30 p.m. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, to vacate the November 12, 2013 Case Management Conference for the following reasons:

The parties have settled this lawsuit. *See* Docket No. 28. The Court approved the stipulated settlement on September 26, 2013. *See* Docket No. 29. Counsel for Defendant represents that he caused the necessary paperwork to be sent to the Treasury Department's Judgment Fund on September 27, 2013 so that the agreed amount of the settlement could be paid to Plaintiff. The parties do not believe there would be anything to report at a Case Management Conference, and that it would unnecessarily cause

///
///
///
///

STIPULATION AND ORDER TO VACATE CMC
13-1771 KAW

the parties to incur time and resources to participate.  After Plaintiff has been paid the agreed upon amount of the settlement, Defendant will be filing a Stipulation of Dismissal with Prejudice.

Dated: November 4, 2013              Respectfully submitted,

MELINDA HAAG
United States Attorney

By:    /s/ *Michael T. Pyle*

Michael T. Pyle
Assistant U.S. Attorney
Attorneys for Defendant United States of America

MULLEN & FILIPPI, LLP

By:    /s/ *Lawrence R. Moore*

LAWRENCE R. MOORE
Attorneys for Plaintiff Sentry Insurance Company

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference scheduled for November 12, 2013 at 1:30 p.m. is vacated.

DATED: November 4, 2013

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER TO VACATE CMC
13-1771 KAW