1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
5  Tel: (408) 535-5087 / Fax: (408) 535-5081
   Email: michael.t.pyle@usdoj.gov
6
7  *Attorneys for Defendant United States of America*

8  Lawrence R. Moore (SBN 84228)
   MULLEN & FILIPI, LLP
9  1776 West March Lane
   Suite 350
10 Stockton, California 95207-6433
   Tel: (209) 476-8491 / Fax: (209) 476-0426
11 Email: LMoore@mulfil.com

12 *Attorneys for Plaintiff Sentry Insurance Company*

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                          OAKLAND DIVISION
16
   SENTRY INSURANCE COMPANY,
17                                          | Case No. C 13-1771 KAW
18          Plaintiff,
19 v.                                       | **STIPULATION OF DISMISSAL WITH**
                                            | **PREJUDICE AND [PROPOSED] ORDER**
20 UNITED STATES OF AMERICA,
21
            Defendant.
22
23
24
25
26
27
28

It is hereby stipulated by and between the undersigned Plaintiff and the UNITED STATES OF AMERICA, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own fees and costs except as set forth in the Stipulation and Compromise Settlement and Release approved by the Court.

DATED: 9-

*Bobbi A. Hoover*
Plaintiff, Sentry Insurance Company
By:
Its: SR. Recovery Analyst

DATED: 9-17-13

MULLEN & FILIPPI, LLP

LAWRENCE R. MOORE
Attorneys for Plaintiff Sentry Insurance Company

DATED: 2/6/14

MELINDA HAAG
United States Attorney

MICHAEL T. PYLE
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/7/14

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION OF DISMISSAL WITH PREJUIDCE AND [PROPOSED] ORDER
No. C 13-1771 KAW                              2